UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN W. GISI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV1324MLM |
| | ) | |
| IRONDALE INDUSTRIAL | ) | |
| CONTRACTORS, INC. and ELECTRIC | ) | |
| CONTROLS & SYSTEMS, INC., | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the court on defendant Irondale Industrial Contractors, Inc.'s (Irondale) Motion to Compel. [Doc. 14] In this Motion defendant moves to compel co-defendant Electric Controls & Systems, Inc. (EC&S) to respond to discovery propounded on or about January 24, 2006. Irondale states that EC&S has failed to respond in spite of numerous attempts to resolve the issue.

The court finds that for the reasons set out in the Motion, the lapse of time since January 24, 2006 until the present and the failure of EC&S to resolve the discovery dispute, the Motion should be granted.

Accordingly,

IT IS HEREBY ORDERED that defendant Irondale Industrial Contractors, Inc.'s Motion to Compel is GRANTED. [Doc. 14]

IT IS FURTHER ORDERED that co-defendant Electric Controls & Systems, Inc. shall fully answer Irondale's Interrogatories and Request for Production of Documents and produce the requested insurance policy within seven (7) days of the date of this Order. Failure to do so may result in sanctions.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this   28th   day of June, 2006.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JOHN W. GISI,                          )
                                       )
        Plaintiff,                     )
                                       )
    vs.                                )          Case No. 4:05CV1324MLM
                                       )
IRONDALE INDUSTRIAL                    )
CONTRACTORS, INC. and ELECTRIC         )
CONTROLS & SYSTEMS, INC.,              )
        Defendants.                    )

## ORDER

This matter is before the court on defendant Irondale Industrial Contractors, Inc.'s (Irondale) Motion to Compel. [Doc. 14] In this Motion defendant moves to compel co-defendant Electric Controls & Systems, Inc. (EC&S) to respond to discovery propounded on or about January 24, 2006. Irondale states that EC&S has failed to respond in spite of numerous attempts to resolve the issue.

The court finds that for the reasons set out in the Motion, the lapse of time since January 24, 2006 until the present and the failure of EC&S to resolve the discovery dispute, the Motion should be granted.

Accordingly,

IT IS HEREBY ORDERED that defendant Irondale Industrial Contractors, Inc.'s Motion to Compel is GRANTED. [Doc. 14]

IT IS FURTHER ORDERED that co-defendant Electric Controls & Systems, Inc. shall fully answer Irondale's Interrogatories and Request for Production of Documents and produce the requested insurance policy within seven (7) days of the date of this Order. Failure to do so may result in sanctions.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this   28th   day of  June, 2006.